# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MD ABUBAKAR SIDDIQUE HOSSAINPK , et al.

PLAINTIFF(S)

v.

UNITED STATES OF AMERICA , et al.

DEFENDANT(S).

CASE NUMBER:

8:15–cv–02107

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 12/17/2015 | 1 | COMPLAINT |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated:  December 18, 2015

By:  /s/ *Maria Barr*
   Deputy Clerk