AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

MD ABUBAKAR HOSSAINPK, and
MST SHALEHA HOSSAIN.

*Plaintiff(s)*

v.

THE UNITED STATES OF AMERICA;
(see attached).

*Defendant(s)*

Civil Action No. 15-cv-02107 AG (KESx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Administrative Review Branch
USDA, Food and Nutrition Service
3101 Park Center Drive, Rook 418
Alexandria, VA 22302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rajan O. Dhungana
Sahara Legal Group
59 Damonte Ranch Pkwy
STE B-550
Reno, Nevada 89521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/04/2015

Trina DeBose
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-02107

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

Rajan O. Dhungana
California Bar No. 297794
Sahara Legal Group
59 Damonte Ranch Pkwy, STE B-550
Reno, Nevada 89521
Phone: 775.298.6200
Facsimile: 775.298.6201
Email: Rajan@SaharaLegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Md Abubakar Hossainpk, and Mst Shaleha Hossain, d.b.a. SOHAN AMERICA MARKET, <br><br> Plaintiff. <br><br> vs. <br><br> The UNITED STATES OF AMERICA, <br><br> SHANTA SWEZY, in her capacity as the Chief of the Administrative Review Branch, Food and Nutrition Services, United States Department of Agriculture, <br><br> TOM VILSACK, in his capacity as the Secretary of Agriculture, <br><br> Defendants. | Case No.: 15-cv-02107 <br><br> **COMPLAINT FOR JUDICIAL REVIEW OF ADMINISTRATIVE DECISION** |