EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
MONICA L. MILLER (CBN 157695)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    E-mail: Monica.miller@usdoj.gov

Attorneys for Defendants
United States of America, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MD, ABUKAKAR HOSSAINPK, and MST SHALEHA HOSSAIN, d.b.a., SOHAN AMERICA MARKET,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA; SHANTA SWEZY, in her capacity as the Chief of the Administrative Review Branch, Food and Nutrition Services, United States Department of Agriculture; and TOM VILSACK, in his capacity as the Secretary of Agriculture,<br><br>    Defendants. | No. CV 15-02107 AG (KESx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS [LOCAL RULE 8-3]<br><br>Complaint served:    1/4/16<br>Current response date:    3/4/16<br>New response date:    4/4/16 |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that defendants may have a thirty day extension of time from March 4, 2016, to April 4, 2016, to file an answer or motion, or otherwise

///

///

1

respond to the Complaint in the above-captioned action.  No prior extension has been requested by defendants.

DATED: February 29, 2016.

                                            SAHARA LEGAL GROUP

                                            /S/ *Rajan O. Dhungana*
                                            RAJAN O. DHUNGANA
                                            Attorney for Plaintiffs

    * I attest that Plaintiff's counsel concurs in this filing's content and has authorized its filing.

Dated:  February 29, 2016.

                                            EILEEN M. DECKER
                                            United States Attorney
                                            DOROTHY A. SCHOUTEN
                                            Assistant United States Attorney
                                            Chief, Civil Division


                                            /S/ *Monica L. Miller*
                                            MONICA L. MILLER
                                            Assistant United States Attorney

                                            Attorneys for Defendants
                                            United States of America, et al.