EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
MONICA L. MILLER (CBN 157695)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    E-mail: Monica.Miller@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MD ABUKAKAR HOSSAINPK, and MST SHALEHA HOSSAIN, d.b.a., SOHAN AMERICA MARKET, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | No. CV 15-02107 AG (KESx) <br><br> JOINT RULE 26 REPORT <br><br> [SCHEDULING CONFERENCE ON MAY 23, 2016 AT 9:00am] |

      Plaintiffs, Md Abukakar Hossainpk and Mst Shaleha Hossain, d.b.a. Sohan America Market, and Defendant, United States of America, hereby submit this join report for the scheduling conference set for May 23, 2016.

      1.    **Nature of the case**: Plaintiff filed this lawsuit seeking judicial review of an administrative action permanently disqualifying Sohan America Market store from participating in the Supplemental Nutrition and Assistance Program ("SNAP," formerly known as the Food Stamp Program). The Food and Nutrition Service ("FNS") imposed the sanction because the FNS determined Plaintiffs had engaged in trafficking of food stamps.

Judicial review "shall be a trial de novo...in which the court shall determine the validity of the questioned administrative action in issue."  7 U.S.C. § 2023(a)(15).  Review of the penalty imposed by the FNS, however, is limited and is governed by the arbitrary and capricious standard.  See Wong v. United States, 859 F.2d 129, 132 (9th Cir. 1988).

2. **Appropriate last date for the completion of discovery**: August 3, 2016.  Discovery should not be conducted in phases or limited.

3. **Last day motions can be heard**: September 19, 2016.

4. **Appropriate date for final pretrial conference**: October 17, 2016.

5. **Appropriate date for trial**: November 15, 2016.

6. **Preliminary estimate for trial**: two (2) days.

7. **Efforts to resolve the case**: The parties will engage in informal settlement discussions as the case progresses.

7. **Settlement Conference**:  In the event formal settlement procedures become necessary, the parties agree they should be conducted pursuant to Settlement Procedure No. 1 (settlement proceedings before the magistrate judge assigned to the case.)  The parties propose a settlement conference cut-off date of October 3, 2016.

8. **Complex Litigation**:  This is not a complex case nor does it require the use of the manual for complex litigation.

9. **Parties**:  There will be no additional parties added to these proceedings.

10. **Dispositive motions**:  Defendant intends to file a motion for summary judgment based on the administrative record.

///
///
///
///
///
///

11. **Other**: There are no unusual legal issues presented by this case. There is no need for severance, bifurcation, or any other order of proof.

DATED: May 16, 2016.

                              SAHARA LEGAL GROUP

                              /s/
                              RAJAN O. DHUNGANA

                              Attorney for Plaintiffs

DATED: May 16, 2016.

                              EILEEN M. DECKER
                              United States Attorney
                              DOROTHY A. SCHOUTEN
                              Assistant United States Attorney
                              Chief, Civil Division

                              /s/
                              MONICA L. MILLER
                              Assistant United States Attorney

                              Attorneys for Defendant